252 So.2d 670

**Eli BRADLEY et al.**

**v.**

**Linus MANUEL et al.**

**No. 51777.**

Oct. 1, 1971.

In re: Linus Manuel, John C. Durio and The Democratic Executive Committee of the Town of Oberlin, Louisiana, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 252 So.2d 526.

Application denied. The judgment is correct.